**DEREK SMITH LAW GROUP, LLP**
Matt E.O. Finkelberg, (SBN 329503)
633 West 5th Street, Suite 3250
Los Angeles, CA 90071
Telephone:  (310) 602-6050
Facsimile:  (310) 602-6350
Email:  matt@dereksmithlaw.com

*Attorneys for Plaintiff JANE DOE*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an Individual Woman,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALVIN BROADUS AKA "SNOOP DOGG", individually; DONALD CAMPBELL AKA "BISHOP DON MAGIC JUAN", individually; SNOOP DOGG'S, LLC; THE BROADUS COLLECTION, LLC; CASA VERDE CAPITAL, LLC; and MERRY JANE EVENTS, INC.;<br><br>    Defendants. | Case No. 2:22-cv-00900<br><br>Plaintiff's Opposition to DEFENDANT CALVIN BROADUS'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT,  THE ENTITY DEFENDANTS' ENTITY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, and DEFENDANT DONALD CAMPBELL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

Plaintiff, Jane Doe, by and through her attorneys, Derek Smith Law Group, LLP, hereby submits her opposition to DEFENDANT CALVIN BROADUS'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, THE ENTITY DEFENDANTS' ENTITY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, and DEFENDANT DONALD CAMPBELL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, in addition to the Joinders of respective Defendants to the other respective Defendant's Motions to Dismiss.  Plaintiff filed an amended complaint on March 10, 2022 which renders Defendants' Motions to Dismiss moot.  Accordingly, Defendants' Motions should be denied.

I.   *Plaintiff Filed an Amended Complaint*

Around March 10, 2022, Plaintiff filed Plaintiff's FIRST AMENDED COMPLAINT FOR MONETARY AND PUNITIVE DAMAGES.  It is well established that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted), overruled on other grounds by *Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927–28 (9th Cir. 2012). Where a motion to dismiss targets a complaint that has been superseded by an amended complaint, the court should deem the motion to dismiss moot. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Upon the filing of Johnson's amended complaint, the Government's motion to dismiss her initial complaint became moot.  *Johnson v.*

*United States* (W.D. Wash., July 23, 2021, No. C21-5245 BHS) 2021 WL 3129939, at *1.  Here, Plaintiff filed an Amended Complaint which supersedes the original Complaint that was filed on February 9, 2022, and makes the February 9, 2022 Complaint non-existent.  Because Defendants' Motions to Dismiss target a complaint that has been superseded and is no longer existent, Defendants' Motions to Dismiss become moot.  Defendants' Motions to Dismiss are therefore moot and must be denied.

Furthermore, because the Amended Complaint addresses all of the Defendants' concerns that they raised in their now moot Motions to Dismiss, any additional Motion to Dismiss the Amended Complaint would be frivolous.

## II. Conclusion

In short, Defendants' motions are moot because Plaintiff filed an amended complaint.  Therefore, Plaintiff respectfully requests that the Court Deny all of Defendants' Motions to Dismiss (DEFENDANT CALVIN BROADUS'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT,  THE ENTITY DEFENDANTS' ENTITY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, and DEFENDANT DONALD CAMPBELL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT).

1  Dated: March 10, 2022

2                                         **DEREK SMITH LAW GROUP, LLP**

3                                         *Attorneys for Plaintiff JANE DOE*

5                                         By: */s/ Matt E.O. Finkelberg*
6                                              MATT E.O. FINKELBERG, ESQ.
                                               633 West 5th St., Suite 3250
7                                              Los Angeles, CA 90071
                                               (310) 602-6050

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2022, I electronically filed the foregoing Plaintiff's Opposition to DEFENDANT CALVIN BROADUS'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, THE ENTITY DEFENDANTS' ENTITY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT, and DEFENDANT DONALD CAMPBELL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of the Central District of California using the CM/ECF system, which will send notice of electronic filing to the following:

**Jennifer L Keller**
Keller Anderle LLP
18300 Von Karman Avenue Suite 930
Irvine, CA 92612
949-476-8700
Fax: 949-476-0900
Email: jkeller@kelleranderle.com

**Jeremy W Stamelman**
Keller Anderle LLP
18300 Von Karman Avenue Suite 930
Irvine, CA 92612
949-476-8700
Fax: 949-476--0900
Email: jstamelman@kelleranderle.com

**Jesse Asher Gessin**
Gessin Ltd
806 East Avenida Pico Suite I 291
San Clemente, CA 92673
949-328-6629
Fax: 323-403-4170
Email: Jesse@Gessin.Ltd

**Steffeny Holtz**
Law Offices of Steffeny Holtz
222 North Pacific Coast Highway Suite 2000
El Segundo, CA 90245
323-864-3227
Fax: 323-940-4021
Email: steffeny@sholtzlaw.com

Dated: March 10, 2022

**DEREK SMITH LAW GROUP, LLP**
*Attorneys for Plaintiff JANE DOE*

By: /s/ Matt E.O. Finkelberg
MATT E.O. FINKELBERG, ESQ.