# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-900-GW-ASx | Date | March 14, 2022 |
|---|---|---|---|
| Title | *Jane Doe v. Calvin Broadus, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

On March 10, 2022, Plaintiff Jane Doe filed a First Amended Complaint. In light of that filing, the Operative Complaint is no longer the original complaint. As such, the Court VACATES the Entity Defendants' Motion to Dismiss Plaintiff's Complaint [16], Defendant Calvin Broadus's Motion to Dismiss Plaintiff's Complaint [17], and Defendant Donald Campbell's Motion to Dismiss Plaintiff's Complaint [20], filed on February 24, 2022, and set for hearing on March 24, 2022.

:

Initials of Preparer   JG