```
 1 │ KELLER/ANDERLE LLP
 2 │ Jennifer L. Keller (SBN 84412)
   │ Jeremy W. Stamelman (SBN 216097)
 3 │ Shaun A. Hoting (SBN 255158)
 4 │ 18300 Von Karman Ave., Suite 930
   │ Irvine, California 92612
 5 │ Tel.: (949) 476-8700
   │ Fax: (949) 476-0900
 6 │ jkeller@kelleranderle.com
 7 │ jstamelman@kelleranderle.com
   │ shoting@kelleranderle.com
 8 │
 9 │ Attorneys for Defendant CALVIN BROADUS
   │ a/k/a "SNOOP DOGG"
10 │
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an Individual Woman, | Case No. 2:22-cv-00900-GW-AS |
| Plaintiff, | **DEFENDANT CALVIN BROADUS'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO HIS MOTION TO DISMISS HER FIRST AMENDED COMPLAINT** |
| v. | |
| CALVIN BROADUS AKA "SNOOP DOGG", individually; DONALD CAMPBELL AKA "BISHOP DON MAGIC JUAN", individually; SNOOP DOGG'S, LLC; THE BROADUS COLLECTION, LLC; CASA VERDE CAPITAL, LLC; and MERRY JANE EVENTS, INC., | [Fed. R. Civ. P. 12(b)(6)]<br><br>The Hon. George H. Wu<br><br>Hearing Date: April 21, 2022<br>Time: 8:30 a.m. |
| Defendants. | |

BROADUS'S NOTICE OF PLAINTIFF'S NON-
OPPOSITION TO HIS MOTION TO DISMISS
Case No. 2:22-CV-00900-GW

**PLEASE TAKE NOTICE** that under Local Rule 7-9, last Thursday, March 31, 2022, was Plaintiff Jane Doe's deadline to file an opposition to the Rule 12(b)(6) Motion to Dismiss filed by Defendant Calvin Broadus—known as "Snoop Dogg"—on March 24, 2022. March 31, 2022, was also Plaintiff's deadline to file an opposition to the Rule 12(b)(6) motions to dismiss filed on March 24, 2022, by the other defendants in this action. Mr. Broadus's Motion and the other defendants' motions are each scheduled to be heard on April 21, 2022, at 8:30 a.m.

Plaintiff filed no opposition to Mr. Broadus's Motion to Dismiss. Nor did Plaintiff file an opposition to the other defendants' motions to dismiss. This is *the second time* Plaintiff forced defendants to file their motions to dismiss—after meeting and conferring—then failed to file any timely opposition.[1]

Plaintiff has not refuted Mr. Broadus's arguments that her First Amended Complaint fails to state a claim under Federal Rule of Civil Procedure Rule 12(b)(6). Plaintiff's counsel never contacted defendants' counsel to seek an extension of time or rescheduling of the April 21, 2022, hearing date; he has been silent since the filing of defendants' second round of motions to dismiss.

Plaintiff has failed to oppose the dismissal of the First Amended Complaint's implausible claim under the federal Trafficking Victims Protection Act and the patently false, and time-barred, claims under California law. Under Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion[.]"

Given Plaintiff's failure to file a timely opposition, Mr. Broadus respectfully requests the Court deem Plaintiff to have consented to granting his Motion and dismiss with prejudice each of Plaintiff's claims in her First Amended Complaint.

---

[1] During and after each meet and confer session, leading up to Defendants' filing of their now two rounds of motions to dismiss, Plaintiff's counsel said nothing about withdrawing or amending Plaintiff's operative complaint, forcing defense counsel in each instance to incur the time and expense of preparing and filing Rule 12(b)(6) motions that Plaintiff then failed to oppose by this Court's deadlines.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  April 6, 2022 | KELLER/ANDERLE LLP |
| | By: */s/ Jennifer L. Keller* |
| | Jennifer L. Keller |
| | Jennifer L. Keller |
| | Jeremy W. Stamelman |
| | Shaun A. Hoting |
| | 18300 Von Karman Ave., Suite 930 |
| | Irvine, California 92612 |
| | Tel.: (949) 476-8700 |
| | Fax: (949) 476-0900 |
| | jkeller@kelleranderle.com |
| | jstamelman@kelleranderle.com |
| | shoting@kelleranderle.com |
| | *Attorneys for Defendant CALVIN BROADUS a/k/a "SNOOP DOGG"* |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 930, Irvine, California 92612. On April 6, 2022, I served the foregoing document described as

**DEFENDANT CALVIN BROADUS'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO HIS MOTION TO DISMISS HER FIRST AMENDED COMPLAINT**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

**SERVED BY U.S. MAIL:** There are currently no individuals on the list to receive mail notices for this case.

**SERVED BY CM/ECF:** I certify that, on April 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

The following are those who are currently on the list to receive e-mail notices for this case.

Jennifer L Keller    jkeller@kelleranderle.com, cmckinney@kelleranderle.com, lcano@kelleranderle.com

Jeremy w. Stamelman    jstamelman@kelleranderle.com,

Jesse Asher Gessin    Jesse@Gessin.Ltd, admin@gessin.ltd

Matt Evan Orellana Finkelberg    matt@dereksmithlaw.com

Steffeny Holtz    steffeny@sholtzlaw.com, esqcolombo@aol.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 6, 2022 at Irvine, California.

/s/ Jennifer L. Keller
Jennifer L. Keller