**DEREK SMITH LAW GROUP, LLP**
Matt E.O. Finkelberg, (SBN 329503)
633 West 5th Street, Suite 3250
Los Angeles, CA 90071
Telephone:   (310) 602-6050
Facsimile:   (310) 602-6350
Email:   matt@dereksmithlaw.com

*Attorneys for Plaintiff JANE DOE*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an Individual Woman,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALVIN BROADUS AKA "SNOOP DOGG", individually; DONALD CAMPBELL AKA "BISHOP DON MAGIC JUAN", individually; SNOOP DOGG'S, LLC; THE BROADUS COLLECTION, LLC; CASA VERDE CAPITAL, LLC; and MERRY JANE EVENTS, INC.;<br><br>    Defendants. | Case No. 2:22-cv-00900-GW-AS<br><br>**OPPOSITION TO DEFENDANT CALVIN BROADUS'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO HIS MOTION TO DISMISS HER FIRST AMENDED COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>The Hon. George H. Wu<br><br>Hearing Date: April 21, 2022<br>Time: 8:30 a.m. |

Please note that Defendants filed their Motions to Dismiss on March 24, 2022. According to Federal Rules of Civil Procedure Rue 27(a)(2) Committee Notes on Rules—2002 Amendment, "Under the new computation method, parties would never have less than 14 actual days to respond to motions, and legal holidays could extend that period to as much as 18 days." Given the current hearing date, this rule conflicts with L.R. 7-9. The amendment explicitly states, "parties would <u>never</u> have less than 14 actual days to respond to motions." As FRCP 83 states, "a local rule must be consistent with—but not duplicate—federal statutes and rules adopted under 28 U.S.C. §§<u>2072</u> and <u>2075</u>. Moreover, the Ninth Circuit is "under an obligation to construe local rules" so they do not conflict with the federal rules. *Marshall v. Gates*, 44 F.3d 722, 725 (9th Cir. 1995). If Plaintiff's deadline to respond is less than fourteen days because of the local rule, then the local rules, in this situation, directly conflict with the Federal Rules and must be construed so that they do not conflict. Therefore, Plaintiff's deadline to file their opposition is April 7, 2022, fourteen days after Defendants filed their Motions to Dismiss on March 24, 2022. Plaintiff respectfully requests the court to postpone the hearing date of April 21, 2022, to a later date so that it is in line with both the amendment to Rule 27(a)(2) and L.R. 7-9.

Plaintiff has planned on, and will file their opposition to Defendants Motions to Dismiss no later than April 7, 2022, unless the Court further extends the court hearing past April 28, 2022 which will then extend the L.R. 7-9 twenty-one-day deadline.

Additionally, in their Notice, Defendants state "Plaintiff's counsel said nothing about withdrawing or amending Plaintiff's operative complaint, forcing defense counsel in each instance to incur the time and expense of preparing and filing Rule 12(b)(6) motions that Plaintiff then failed to oppose by this Court's deadlines." This is false. Plaintiff informed Defendants that Plaintiff will be responding to Defendants' Motions to Dismiss. Plaintiff chose to respond by filing an Amended Complaint. Plaintiff requests that Defendants refrain from engaging in gamesmanship and tactics which misrepresent Plaintiff's actions. Plaintiff is disappointed but not surprised by Defendants' attempts to dismiss Plaintiff's complaints and unfairly weaponize a local rule which they know conflicts with federal rules. Such uncompromising behavior is not only inconsistent with general principles of professional conduct, but also undermines the truth-seeking function of our adversarial system. *See* Cal. Attorney Guidelines of Civility & Professionalism § 1 ("The dignity, decorum and courtesy that have traditionally characterized the courts and legal profession of civilized nations are not empty formalities. They are essential to an atmosphere that promotes justice and to an attorney's responsibility for the fair and impartial administration of justice."); *see also Marcangelo v. Boardwalk Regency,* 47 F.3d 88, 90 (3d Cir.1995) ("We do not approve of the 'hardball' tactics unfortunately used by some law firms today. The extension of normal courtesies and exercise of civility expedite litigation and are of substantial benefit to the administration of justice."). It is Plaintiff's hope that

Defendants do not waste the Courts' time and resources with such gamesmanship and frivolous notices, with an effort to prevent Plaintiff from exercising her rights under the Federal Rules of Civil Procedure.

Plaintiff respectfully requests that the Court allows Plaintiff the fourteen days that Rule 27(a)(2) allows for, and deny Defendant BROADUS' request that the Court Deem Plaintiff to have consented to granting Defendant BROADUS' Motion and dismiss with prejudice each of Plaintiff's claims in her First Amended Complaint. Plaintiff does not consent to Defendants' Motions to Dismiss and will file their Opposition as required by Federal Rule 27(a)(2).

Dated: April 6, 2022

Respectfully Submitted,

**DEREK SMITH LAW GROUP, LLP**
*Attorneys for Plaintiff JANE DOE*

By: */s/ Matt E.O. Finkelberg*
MATT E.O. FINKELBERG, ESQ.
633 West 5th St., Suite 3250
Los Angeles, CA 90071
(310) 602-6050

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 6, 2022, I electronically filed the foregoing OPPOSITION TO DEFENDANT CALVIN BROADUS'S NOTICE OF PLAINTIFF'S NON-OPPOSITION TO HIS MOTION TO DISMISS HER FIRST AMENDED COMPLAINT with the Clerk of the Central District of California using the CM/ECF system, which will send notice of electronic filing to the following:

**Jennifer L Keller**
Keller Anderle LLP
18300 Von Karman Avenue Suite 930
Irvine, CA 92612
949-476-8700
Fax: 949-476-0900
Email: jkeller@kelleranderle.com

**Jesse Asher Gessin**
Gessin Ltd
806 East Avenida Pico Suite I 291
San Clemente, CA 92673
949-328-6629
Fax: 323-403-4170
Email: Jesse@Gessin.Ltd

**Jeremy W Stamelman**
Keller Anderle LLP
18300 Von Karman Avenue Suite 930
Irvine, CA 92612
949-476-8700
Fax: 949-476--0900
Email: jstamelman@kelleranderle.com

**Steffeny Holtz**
Law Offices of Steffeny Holtz
222 North Pacific Coast Highway Suite 2000
El Segundo, CA 90245
323-864-3227
Fax: 323-940-4021
Email: steffeny@sholtzlaw.com

Dated: April 6, 2022

**DEREK SMITH LAW GROUP, LLP**
*Attorneys for Plaintiff JANE DOE*

By: */s/ Matt E.O. Finkelberg*
Matt E.O. finkelberg, Esq.