DEREK SMITH LAW GROUP, LLP
Matt E.O. Finkelberg, (SBN 329503)
633 West 5th Street, Suite 3250
Los Angeles, CA 90071
Telephone:   (310) 602-6050
Email:   matt@dereksmithlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an Individual Woman,<br><br>Plaintiff(s),<br>v.<br>CALVIN BROADUS AKA "SNOOP DOGG," et al.<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-00900-GW-AS<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 6, 2022 _____          _____[signature]_____
*Date*                                     *Signature of Attorney/Party*


NOTE:   *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 6, 2022, I electronically filed the foregoing NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) with the Clerk of the Central District of California using the CM/ECF system, which will send notice of electronic filing to the following:

| | |
|---|---|
| **Jennifer L Keller**<br>Keller Anderle LLP<br>18300 Von Karman Avenue Suite 930<br>Irvine, CA 92612<br>949-476-8700<br>Fax: 949-476-0900<br>Email: jkeller@kelleranderle.com | **Jesse Asher Gessin**<br>Gessin Ltd<br>806 East Avenida Pico Suite I 291<br>San Clemente, CA 92673<br>949-328-6629<br>Fax: 323-403-4170<br>Email: Jesse@Gessin.Ltd |
| **Jeremy W Stamelman**<br>Keller Anderle LLP<br>18300 Von Karman Avenue Suite 930<br>Irvine, CA 92612<br>949-476-8700<br>Fax: 949-476--0900<br>Email: jstamelman@kelleranderle.com | **Steffeny Holtz**<br>Law Offices of Steffeny Holtz<br>222 North Pacific Coast Highway Suite 2000<br>El Segundo, CA 90245<br>323-864-3227<br>Fax: 323-940-4021<br>Email: steffeny@sholtzlaw.com |

Dated: April 6, 2022

**DEREK SMITH LAW GROUP, LLP**
*Attorneys for Plaintiff JANE DOE*

By: _/s/ Matt E.O. Finkelberg_
Matt E.O. finkelberg, Esq.

– 1 –