JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. CV 22-900-GW-ASx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| CALVIN BROADUS, et al., | |
| Defendants. | |

Based upon Plaintiff Jane Doe's Notice of Dismissal [36], it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: April 7, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE